# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Richar Sanchez Mujica (1),<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  SHANNON G. ELKINS<br>U.S. Magistrate Judge<br><br>Case No:  25-cr-92 (JWB/ECW)<br>Date:  March 19, 2025<br>Courthouse:  St. Paul<br>Courtroom:  Devitt Courtroom<br>Time Commenced:  1:46 p.m.<br>Time Concluded:  1:47 p.m.<br>Time in Court:  1 minutes |

**APPEARANCES:**

  Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
  Defendant: Kate Adams
          X FPD

  Interpreter/ Language:  Andres Diaz/Spanish

**Indictment Dated:**  March 13, 2025

  X Reading of Indictment Waived     X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

_____ *s/nah*
Signature of Courtroom Deputy