# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: SHANNON G. ELKINS |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 25-cr-92 (JWB/ECW) |
| | ) | Date: March 19, 2025 |
| Erling Soren Holdahl (3), | ) | Courthouse: St. Paul |
| | ) | Courtroom: Devitt Courtroom |
| Defendant. | ) | Time Commenced: 1:51 p.m. |
| | ) | Time Concluded: 1:53 p.m. |
| | ) | Time in Court: 2 minutes |

**APPEARANCES:**

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant: Kate Adams, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: March 13, 2025        Offense: conspiracy to distribute methamphetamine; conspiracy to kidnap.

X Advised of Rights

on    X Indictment

X Defendant waives the right to detention hearing but reserves the right to reopen in the future if circumstances change.
X Defendant Ordered Detained. Government to submit proposed order.

X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.        X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

*s/nah*
Signature of Courtroom Deputy