# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Erling Soren Holdahl (3),<br><br>　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:　SHANNON G. ELKINS<br>U.S. Magistrate Judge<br><br>Case No:　　　　　25-cr-92 (JWB/ECW)<br>Date:　　　　　　March 19, 2025<br>Courthouse:　　　St. Paul<br>Courtroom:　　　Devitt Courtroom<br>Time Commenced:　1:53 p.m.<br>Time Concluded:　1:54 p.m.<br>Time in Court:　　1 minute |

APPEARANCES:

　Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
　Defendant: Kate Adams
　　　　　X FPD

**Indictment Dated:**　March 13, 2025

　X Reading of Indictment Waived　　X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_s/nah_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy